IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darrell Ray Bailey,  )<br>　　　　Petitioner,  )<br>　　　)<br>vs.  )<br>　　　)<br>D. Schriro,  )<br>　　　Respondent.  )<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | No. CV-06-0019-PHX-ROS<br><br>**ORDER** |

　　　　On August 4, 2008, Magistrate Judge Charles R. Pyle issued a Report and Recommendation ("R&R") recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed. (Doc. 16.) Petitioner failed to file timely objections.

　　　　The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1 of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2 made, the Court will adopt the R&R in full.
3    Accordingly,
4    **IT IS ORDERED** the Report and Recommendation (Doc. 16) is **ADOPTED** and the
5 Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. The Clerk of Court shall close
6 this case.
7    DATED this 5th day of September, 2008.

_____
Roslyn O. Silver
United States District Judge