# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Darrell Ray Bailey, ) | |
| ) | |
| Petitioner, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| vs. ) | CV 06-019-PHX-ROS |
| ) | |
| D. Schriro, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having accepted and adopted the decision of the Magistrate Judge as the order of this Court, Petitioner's Petition for Writ of Habeas Corpus is dismissed.  Petitioner shall take nothing.

 September 5th          2008           RICHARD H. WEARE
 Date                                  District Court Executive/Clerk

                                         /s/ Kathy Gerchar
                                        (By) Kathy Gerchar, Deputy Clerk

cc: (all counsel)